PROB 12C
(7/93)

Report Date:  December 18, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shannon Lee Swimmer          Case Number: 0980 2:12CR00115-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 7, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 2, 2014 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 1, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Shannon Swimmer is considered in violation of his conditions of supervised release by leaving the Eastern District of Washington without permission on or about December 5, 2015.

On December 7, 2015, the undersigned officer was contacted by the Flathead, Montana, Tribal Police and was advised Mr. Swimmer had been in Pablo, Montana, on the evening of December 5, 2015.

Mr. Swimmer reported to the United States Probation Office on December 9, 2015, and admitted to leaving the Eastern District of Washington without permission.

2 | **Special Condition # 16**: Defendant shall abstain from the use of drugs and alcohol, and shall not be present in any location where alcohol is the primary item of sale.

Case 2:12-cr-00115-TOR   Document 96   Filed 01/04/16

Prob12C
**Re: Swimmer, Shannon Lee**
**December 18, 2015**
**Page 2**

**Supporting Evidence**: Shannon Swimmer is considered in violation of his conditions of supervised release by entering an establishment where alcohol is the primary item of sale on or about December 5, 2015.

On December 7, 2015, the undersigned officer was contacted by the Flathead, Montana, Tribal Police and was advised Mr. Swimmer had been in the Club Bar in Pablo, Montana. A police report was received and it indicated Mr. Swimmer was in the bar earlier in the night and was asked to leave.

Mr. Swimmer reported to the United States Probation Office on December 9, 2015, and admitted to being in the Club Bar, in Pablo, Montana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/18/2015

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

January 4, 2016

Date