PROB 12C
(6/16)

Report Date: January 12, 2017

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shannon Lee Swimmer             Case Number: 0980 2:12CR00115-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 7, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 2, 2014 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: July 1, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Shannon Swimmer is considered in violation of his conditions of supervised release by leaving the Eastern District of Washington without permission on or about December 23, 2016.<br><br>On December 23, 2016, the undersigned officer received notification that Mr. Swimmer was contacted by the Idaho State Police on December 23, 2016. The undersigned officer contacted Idaho State Police dispatch and was advised that Mr. Swimmer was involved in a hit-and-run car accident as the victim. He was taken to the hospital, and from there he left the hospital without being discharged. Idaho State Police advised they did not have him in custody, and did not know where he was at.<br><br>Police reports received on January 12, 2017, confirm that Idaho State Police contacted Mr. Swimmer on December 23, 2017, at approximately 0133 hours on eastbound I-90 at milepost 9.6. |

2   **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Shannon Swimmer is considered in violation of his conditions of supervised release by being charged with failure to give immediate notice of a crash and obstructing, Idaho State Police case number C16003057.

On December 23, 2016, the undersigned officer received notification that Mr. Swimmer was contacted by the Idaho State Police on December 23, 2016, at approximately 1:42 am. The undersigned officer contacted Idaho State Police dispatch and was advised that Mr. Swimmer was involved in a hit-and-run car accident as the victim.

Mr. Swimmer informed the officer that his wife had been driving, took a wrong turn, and they ended up in Idaho, where they were involved in a car accident. Mr. Swimmer's wife was not present when contacted by the officer, and Mr. Swimmer informed the officer that his wife had left the scene of the accident to get help.

Mr. Swimmer was taken to the hospital for his injuries. The investigating Idaho State Police officer attempted to locate the direction Mr. Swimmer's wife would have taken, and did not find any evidence that she had been present at the scene. There was approximately 2 inches of snow on the ground, and the officer did not find any footprints leading away from Mr. Swimmer's vehicle.

Police reports were received of this incident on January 12, 2017, and confirmed that Mr. Swimmer is being charged with obstructing an officer and failing to provide immediate notice of an accident.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear and to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/12/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

January 23, 2017
Date